IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SANDRA WYCHE**                                                                 **PLAINTIFF**

**v.**                                      **CAUSE NO. 1:10CV541 LG-RHW**

**CITY OF GULFPORT, MISSISSIPPI, ET AL.**                 **DEFENDANTS**

<u>**JUDGMENT**</u>

This matter having come on to be heard on the Defendants' Motion to Dismiss, the Court, after a full review and consideration of the Motion, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 12(b)(5).

**SO ORDERED AND ADJUDGED** this the 22nd day of January, 2013.

                                                  s/ *Louis Guirola, Jr.*
                                                  LOUIS GUIROLA, JR.
                                                  CHIEF U.S. DISTRICT JUDGE