# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

SANDRA WYCHE                                                              PLAINTIFF

v.                                                      CAUSE NO. 1:10CV541 LG-RHW

CITY OF GULFPORT, MISSISSIPPI, ET AL.                          DEFENDANTS

## JUDGMENT

This matter having come on to be heard on the Defendants' Motion to

Dismiss, the Court, after a full review and consideration of the Motion, finds that in

accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this cause is **DISMISSED**

**WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 12(b)(5).

**SO ORDERED AND ADJUDGED** this the 22nd day of January, 2013.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE